| | |
|---|---|
| 1 | KAREN MCCONVILLE , SBN 269234 |
| 2 | Pier 9, Suite 100<br>San Francisco, California  94111 |
| 3 | Telephone:      (415) 391-4243<br>Facsimile:       (415) 391-5161 |
| 4 | Attorney for<br>MOISES PEREZ-RODRIGUEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-0856SI |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR TRAVEL |
| MOISES PEREZ-RODRIGUEZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN in that neither pretrial services for the Northern District of California, nor Assistant United States Attorney, Matthew McCarthy, has any objection, it is hereby ordered that Moises Perez-Rodriguez be permitted to travel outside of the Northern District of California for his cousin's funeral in Arizona.

Mr. Perez is permitted to travel to Yuma, Arizona by car on January 17, 2013 and return on January 23, 2013.

All other conditions of release are to remain the same.

**SO STIPULATED**

-1-

| | | |
|---|---|---|
| 1 | Dated: January 16, 2013 | /s/<br>KAREN MCCONVILLE |
| 2 | | Counsel for Defendant |
| 3 | | |
| 4 | Dated: January 16, 2013 | /s/<br>MATTHEW MCCARTHY |
| 5 | | Assistant United states Attorney |

**IT IS SO ORDERED**

Dated: January 17, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge